| Company | Address | City, ST | Acct # | Invoice # | Amount |
|---|---|---|---|---|---|
| American Express | Box 0001 | Los Angeles CA 90096-0001 | 375-520209-91007 | | 2,920.30 |
| Argus Services, Inc. | 123 W Madison St, Ste 1650 | Chicago IL 60602 | | 12246 | 147.00 |
| Brinks | | | 240010088 | 2548910240 | 230.95 |
| Charm Link, Inc | 115 W 30th Street, 8th FL | New York, NY 10001 | | | 6,193.51 |
| Crane Heyman Simon Welch & Clar | 135 S Lasalle Suite 3705 | Chicago, IL 60603 | | | 60,000 *Cap* |
| Czarnowski | 6067 Eagle Way | Chicago IL 60678-1060 | 00003 | 64503 | 22,855.11 |
| D & W Jewelry Co. | 115 W 30th Street, 8th FL | New York, NY 10001 | | | 50,925.97 |
| Dunbar | 50 Schilling Road | Hunt Valley MD 21031 | 50980394 | 10128514 | 4,714.82 |
| Federal Express | PO Box 94515 | Palatine IL 60094 | 1033-6303-9 | 8-359-78191 | 276.49 |
| FedEx | PO Box 94515 | Palatine IL 60094 | 1033-6303-9 | 7-223-13044 | 1,239.67 |
| FedEx | PO Box 94515 | Palatine IL 60094 | 1033-6303-9 | 8-365-69888 | 406.98 |
| HMS/Gempak | 4385 Sunbelt | Addison TX 75001 | GP1130 | 103978 | 99.74 |
| Intercept Legal Courier | 348 N Ashland Ave | Chicago IL 60603 | 21166 | 38308 | 11.29 |
| Midas Chain Inc. | 20 East 46th St, Ste 1000 | New York, NY 10017 | AAU67E | 11042 | 712.17 |
| Midas Chain Inc. | 20 East 46th St, Ste 1000 | New York, NY 10017 | AAU67E | 11122 | 2,160.15 |
| Omega Art | Loc Ponte alla Piera, 58 | 52031 Anghiari (AR) ITALY | | | 1,501.62 |
| Oreficeria Rezzadore, Srl | Via S Giovanna Battista, 7 | 36057 Arcugnano (VI) ITALY | | | (487.02) |
| Radar Trading | 875 6th Avenue | New York, NY 10001 | | | 98.79 |
| Ravid & Bernstein | 230 W Monroe St, Ste 330 | Chicago IL 60606 | 30040 | 12023 | 7,500.00 |
| United Parcel Service | Lockbox 577 | Carol Stream, IL 60132-0577 | 629-020 | 629020416 | 54.96 |
| United Parcel Service | Lockbox 577 | Carol Stream, IL 60132-0577 | 629-020 | 629020386 | 455.85 |
| United Parcel Service | Lockbox 577 | Carol Stream, IL 60132-0577 | 629-020 | 629020386 | 459.10 |
| United Parcel Service | Lockbox 577 | Carol Stream, IL 60132-0577 | 629-020 | 629020396 | 787.56 |



EXHIBIT

A

Blumberg No. 5118