IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
) Case No. 06 01853
AAURA, INC. ) Hon. EUGENE R. WEDOFF
) Chapter 7
Debtor )

### ORDER AUTHORIZING EMPLOYMENT OF COUNSEL

At Chicago, Illinois, in said District aforesaid, before the Honorable EUGENE R. WEDOFF, Bankruptcy Judge, this 24th day of October, 2006.

This matter coming to be heard on the Application of Allan J. DeMars, Trustee in Bankruptcy, to employ Allan J. DeMars to perform the general legal services which are necessary in the administration of this estate and, in addition, to employ David P. Liebowitz, Laura Barrientos-Duvall and Sharanya Gururajan of Liewbowitz Law Center with respect to the legal services involving avoidance actions, claims objections and other anticipated litigation matters, compensation for said legal services to be set by further Order of this Court, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED AS FOLLOWS:

1. The employment of Allan J. DeMars to perform the general legal services necessary in the administration of this estate, in addition to his duties as trustee, ad the employement of David P. Liebowitz, Laura Barrientos-Duvall and Sharanya Gururajan of Liebowitz Law Center, to represent the trustee and estate with respect to avoidance actions, claims objections and other anticipated litigation matters is hereby authorized.

2. Compensation to be paid for such legal services

performed is to be hereinafter determined by further Order of this Court.

Enter: _____
Bankruptcy Judge

OCT 2 4 2006