IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 06 B 01853 |
| AAURA, INC. | ) Hon. EUGENE R. WEDOFF |
| | ) Chapter 7 |
| Debtor | ) |

TRUSTEE'S FINAL REPORT

To:   The Honorable EUGENE R. WEDOFF, Bankruptcy Judge.

NOW COMES ALLAN J. DeMARS, Trustee in Bankruptcy herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. Sec. 704(9).

1.   The voluntary petition commencing this case was filed on February 28, 2006 under Chapter 11 of the Bankruptcy Code and converted to a case under Chapter 7 on September 28, 2006 at which time Allan J. DeMars was appointed Trustee.  The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2.   The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code.  All assets of the estate have either been converted to cash, disposed of under orders of this Court or are sought to be abandoned by the Trustee.  There is no other property belonging to the estate, there are no matters pending or undetermined, claims have been reviewed and all claim objections have been resolved to the best of the Trustee's knowledge.  The Trustee certifies that this

estate is ready to be closed.  The tasks performed by the Trustee are set forth on Exhibit "A".

3. The disposition of estate property is set forth in Exhibit "B".

4. A summary of the trustee's final account as of September 20, 2007 is as follows:

```
A. Receipts                                          $ 21,121.85
   (see Exhibit "C")
B. Disbursements                                     $      43.90
   (see Exhibit "C")
C. Net cash available for distribution               $ 21,077.95
D. Administrative expenses:
   1. Trustee compensation requested                 $  2,862.19
      (see Exhibit "E")
   2. Trustee expenses                               $      38.36
      (see Exhibit "E")
   3. Compensation requested for
      attorney for trustee                           $  5,212.50
      special counsel                                $  3,062.50
      accountant for trustee/estate                  $  5,091.50
      expenses                                       $      22.41
      (see Exhibit "F")
```

5. The Bar Date for filing unsecured claims expired on January 26, 2007.  The bar date for filing claims by taxing authorities was also January 26, 2007.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee.   NOTE:

AWARDED FEES ARE BEING PAID ON A PRO-RATA BASIS.  IF THERE WERE FUNDS TO DISBURSE IN EXCESS OF ALLOWED FEES (WHICH THERE ARE NOT), LASALLE BANK, IN ADDITION TO ITS SECURED CLAIM, PURSUANT TO AN ORDER ENTERED ON AUGUST 29, 2007 HAS AN ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO SECTION 503(b) OF THE BANKRUPTCY CODE ENTITLED TO "SUPER-PRIORITY" UNDER SECTION 507(b), IN THE AMOUNT OF $1,089,249.89.  ACCORDINGLY, NO OTHER CLAIMS WERE ADDRESSED IN THE DISTRIBUTION REPORT attached as Exhibit "D".  The actual dollar amount of claims allowed and/or requested for this estate

is as follows:

    A. Allowed unpaid secured claims                 $    10,000.00
    B. Super-priority administrative expense      $1,089,249.89

    7.   Unsecured creditors will receive no dividend on their allowed claims.

    8.   The trustee's fees and expenses, attorney's fees, fees of special counsel and accountant's fees now requested but not yet allowed is $16,289.46.

    WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. Sec. 330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this report and for such other relief as the Court shall deem proper.

Dated: <u>September 20, 2007</u>            <u>/s/ Allan J. DeMars</u>
                                                      Allan J. DeMars, Trustee
                                                      100 W. Monroe, Suite 910
                                                      Chicago, IL 60603
                                                      (312) 726-3377
                                                      ARDC# 0611069