UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| AAURA, INC. | ) | CASE NO. 06 B 01853 |
| DEBTOR | ) | |
| | ) | HON. EUGENE R. WEDOFF |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: United States Bankruptcy Court, 219 S. Dearborn, Courtroom 744, Chicago, IL 60604

   On: **November 21, 2007**     Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   Receipts                               $ 21,121.85

   Disbursements                          $      43.90

   Net Cash Available for Distribution    $ 21,077.95 of which LaSalle Bank is to be paid $10,000.00 on its secured claim leaving $11,077.95 for further distribution.

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Allan J. DeMars, trustee | $ None | $ 2,862.19 | $ 38.36 |
| Allan J. DeMars, attorney | $ None | $ 5,212.50 | |
| David Liebowitz/ Liebowitz Law Center -special counsel | $ None | $ 3,062.50 | |
| Lois West/ Popowcer Katten Ltd, accountants | $ None | $ 5,091.50 | $ 22.41 |

THERE WILL NOT BE ENOUGH FUNDS TO PAY FEES IN FULL AND AWARDED FEES WILL BE PAID ON A PRO-RATA BASIS.

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

   In addition to being paid $10,000.00 on its secured claim, LaSalle Bank, pursuant to Order of court, has been awarded an administrative expense pursuant to Section 503(b) of the Bankruptcy Code, in the amount of $1,089,249.89, to be paid as a "super-priority" pursuant to Section 507(b) of the Bankruptcy Code.

6. There will be no dividend to any other creditor.

7. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

8. Debtor has not been discharged.

9. The Trustee proposes to abandon the following property at the hearing: NONE


Dated: **October 24, 2007**                                                                                       For the Court,


By:   **KENNETH S. GARDNER**
      Kenneth S. Gardner
      Clerk of the U.S. Bankruptcy Court
      219 So. Dearborn Street; 7th Floor
      Chicago, IL 60604

Trustee:    Allan J. DeMars
Address:    100 W. Monroe - Suite 910
            Chicago, IL 60603
Phone No.: (312) 726-3377