UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| AAURA, INC. | ) | CASE NO. 06 B 01853 |
|     DEBTOR | ) | |
| | ) | HON. EUGENE R. WEDOFF |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: United States Bankruptcy Court, 219 S. Dearborn, Courtroom 744, Chicago, IL 60604

    On: **November 21, 2007**       Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:
    Receipts                          $ 21,121.85

    Disbursements                     $      43.90

    Net Cash Available for Distribution    $ 21,077.95 of which LaSalle Bank is to be paid $10,000.00 on its secured claim leaving $11,077.95 for further distribution.

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Allan J. DeMars, trustee | $ None | $ 2,862.19 | $  38.36 |
| Allan J. DeMars, attorney | $ None | $ 5,212.50 | |
| David Liebowitz/ Liebowitz Law Center -special counsel | $ None | $ 3,062.50 | |
| Lois West/ Popowcer Katten Ltd, accountants | $ None | $ 5,091.50 | $  22.41 |

THERE WILL NOT BE ENOUGH FUNDS TO PAY FEES IN FULL AND AWARDED FEES WILL BE PAID ON A PRO-RATA BASIS.

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

    In addition to being paid $10,000.00 on its secured claim, LaSalle Bank, pursuant to Order of court, has been awarded an administrative expense pursuant to Section 503(b) of the Bankruptcy Code, in the amount of $1,089,249.89, to be paid as a "super-priority" pursuant to Section 507(b) of the Bankruptcy Code.

6. There will be no dividend to any other creditor.

7. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

8. Debtor has not been discharged.

9. The Trustee proposes to abandon the following property at the hearing: NONE

Dated: **October 24, 2007**                                                                                               For the Court,

                      By:
                        **KENNETH S. GARDNER**
                        Kenneth S. Gardner
                        Clerk of the U.S. Bankruptcy Court
                        219 So. Dearborn Street; 7th Floor
                        Chicago, IL 60604

Trustee:    Allan J. DeMars
Address:    100 W. Monroe - Suite 910
                Chicago, IL 60603
Phone No.: (312) 726-3377

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1         User: amcc7              Page 1 of 2         Date Rcvd: Oct 24, 2007
Case: 06-01853               Form ID: pdf002          Total Served: 41

The following entities were served by first class mail on Oct 26, 2007.
db           +Aaura, Inc.,   67 E. Madison St., #1900,   Chicago, IL 60603-3014
aty          +Joseph E Cohen, Atty,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
aty          +Linda M Kujaca,   SmithAmundsen, LLC,   150 N. Michigan Avenue,   Suite 3300,
               Chicago, IL 60601-6004
aty          +Scott R Clar,   Crane Heyman Simon Welch & Clar,   135 S Lasalle Suite 3705,
               Chicago, IL 60603-4101
tr           +Allan J DeMars,   Spiegel & Demars,   100 W Monroe St Ste 910,   Chicago, IL 60603-1957
11135074      American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
10628036      Auritalia SpA,   Via Galvani, 78,   36066 Sandrigo (VI),   Italy
10628037      Aurum Srl,   Via del Lavoro, 32,   36070 Trissino (VI),   Italy
10628038      Bob Export Srl,   Via P. Calamandrei, 66,   52100 Arezzo (AR),   Italy
11139407     +Brinks Accounts Receivable,   14 East 47th St  3rd Floor,   New York, NY 10017-7282
10628039      Carmen International, Inc.,   5333 Casgrain St., #702,   Montreal Quebec,   Canada H2T 1X3
10628040      Consorzio Orafi Vicentini SpA,   Via Vecchia Ferriera, 70,   36100 Vicenza (VI) Italy
10628041      Del Pia Srl,   Via Leopoldo di Toscana, 7,   52048 Alberoro (AR),   Italy
10628042      Dragoni Gioielli Srl,   Via F. Ill Lumiere, 88,   52100 Arezzo (AR),   Italy
10628043    +++Dunbar Armored,   50 Schilling Rd.,   Hunt Valley, MD 21031-1424
11139414     +Dunbar Armored Inc,   P O Box 333,   Baltimore, MD 21203-0333
11037361     +FedEx Customer Information Service,    as assg of FedEx Express/FedEX Ground,
               Attn Revenue Recovery/Bankruptcy,   2005 Corporate Avenue 2nd Floor,   Memphis TN 38132-1702
10628044      Giordini Srl,   Via dell'Industria, 15,   52040 Pieve al ToppoCiv,   VC (AR),   Italy
10628045     +Harrison & Held LLP,   333 E. Wacker Dr., Ste. 950,   Chicago, IL 60606-1250
10628048     +Italy,   LaSalle National Bank,   135 S. LaSalle St.,   Chicago, IL 60603-4192
10628046      Jessica SpA,   Via Maestri del Laterina, 22/B,   52020 Laternina,   (AR) Italy
10684975     +LaSalle Bank National Association,   135 South LaSalle Street,   Chicago, Illinois 60603-4192
10628049      New Gold Srl,   V. Corbetta, 3,   36100 Vicenza (VI) Italy
10628050      OMS SpA,   Via L. DaVinci, 13,   36066 Sandrigo (VI),   Italy
10628051      Oreficeria Rezzadore Srl,   Via S. Giovanni Battista, 7,   36057 Pianezze di Arcugnano,
               (VI) Italy
10628052      Orofranco Srl,   Via Pavane, 7,   36065 Casoni di Mussolente,   (VI) Italy
10628053      Pitney Bowes,   P.O. Box 856460,   Louisville, KY 402856460
10750298     +Pitney Bowes Inc,   27 Waterview Dr,   Shelton CT 06484-4361
10628054      Pitney Bowes Purchase Power,   P.O. Box 856042,   Louisville, KY 402856042
10628055      Pre Met SpA,   Via La Casalla, 21,   52010 Capolona (AR),   Italy
10628056      Prestige Srl,   Via di Pescaiola, 49,   52041 Badia al PinoCiv,   VC (AR),   Italy
10628058      RC & RS Miller,   67 E. Madison, Ste. #1900,   Chicago, IL 60603 3014
11146209     +Radar Trading Inc,   875 6th Ave  #1706,   New York, NY 10001-3572
10628057     +Ravid & Bernstein LLP,   230 West Monroe St., #330,   Chicago, IL 60606-4701
10628059      Resole Srl,   Contra S Marco, 14,   36100 Vicenza (VI) Italy
10628060      Scanavin Srl,   Via Roma, 23,   36066 Sandrigo (VI),   Italy
10628061      Societa Italiana Lavorazione OroSp,   Via Vecchia Aretina 2/R,   52029 Castiglion Fibocchi (AR),
               Italy
10628062    +++Sovereign Precious Metals, LLC,   Steven B Towbin,   321 N Clark Street  Ste 800,
               Chicago, IL 60610-4766
10628063      Superoro SpA,   Via dell'Industria, 20,   36010 Monticello C. Otto (VI),   Italy
10628064      Tecnigold SpA,   Via Molini, 30,   31030 Borso del Grappa,   (TV) Italy
10628065      Vieri SpA,   Via Monte Asolon, 67,   36022 Cassola (VI) Italy
The following entities were served by electronic transmission.
NONE.                                                                                     TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10628047      Kultho Srl,   Via Raffaele Pasi, 47,   36100 Vicenza (VI)
                                                                                          TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Oct 24, 2007
Case: 06-01853                Form ID: pdf002          Total Served: 41

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 26, 2007**                    **Signature:**    _Joseph Speetjens_