UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| AAURA, INC. | ) | Hon. EUGENE R. WEDOFF |
| | ) | |
| | ) | Case No.  06 B 01853 |
| | ) | |

**Trustee's Final Account
and
<u>Application to Close Case and Discharge Trustee</u>**

To:   The Honorable EUGENE R. WEDOFF
      United States Bankruptcy Judge

     Final distributions of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached hereto as Group Exhibit A.

     All checks have been cashed.  Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit B. Form 2 also reflects a net total balance of zero for this estate.

     The Trustee certifies that the estate has been fully administered and requests that he be discharged and that the case be closed pursuant to 11 U.S.C. §350.


Dated: <u>12/12/07</u>                                         <u>  /s/ Allan J. DeMars           </u>
                                                                              Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 06 B 01853 |
| AAURA, INC. | ) Hon. EUGENE R. WEDOFF |
| | ) Chapter 7 |
| Debtor | ) |

ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER COMING TO BE HEARD on the Trustee's final requests for allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:
1.  Trustee's compensation
    Allan J. DeMars                                    $ 2,862.19
2.  Trustee's expenses
    Allan J. DeMars                                    $    38.36
                                    TOTAL              $ 2,900.55

IT IS FURTHER ORDERED that the requests for final compensation and expenses are allowed as follows:
1.  Attorneys for the Trustee
    a.  compensation
        Allan J. DeMars                                $ 5,212.50
        Leibowitz Law Center/David
    Leibowitz et al                                    $ 3,062.50

2.  Accountant for the Trustee
    Lois West/Popowcer Katten, Ltd.
    a.  Compensation                                   $ 5,091.50
    b.  Expenses                                       $    22.41

                                    Total              $13,388.91

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

ENTERED
NOV 2 1 2007

DATED this 21st day of November, 2007

EUGENE R. WEDOFF
Enter: BANKRUPTCY JUDGE
Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 06 B 01853 |
| AAURA, INC. | ) Hon. EUGENE R. WEDOFF |
| | ) Chapter 7 |
| Debtor | ) |

## DISTRIBUTION REPORT

I, <u>Allan J. DeMars</u>, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I am making the following distribution:

<u>SUMMARY OF DISTRIBUTION</u>:

| | | |
|---|---|---|
| Secured claim of LaSalle Bank | | $  10,000.00 |
| Fees and Expenses  Trustee: | $ 1,984.69 | |
| Attorney: | $ 3,566.63 | |
| Sp. Counsel | $ 2,095.50 | |
| Accts: | $ 3,499.18 | |
| | | $  11,146.00 |
| Chapter 11 Administrative Expenses: | | $ |
| Priority Claims: | | $ |
| General Unsecured Claims: | | $ |
| Other: | | $ |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED</u>: | | $  21,146.00 |

REPORT OF DISTRIBUTION

| 1.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND  % |
|---|---|---|
| 726(a) & (b) and 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $16,289.46 | 68.42461% |

| CLAIM NUMBER | CREDITOR | ALLOWED CLAIM | DIVIDEND |
|---|---|---|---|
| Allan J. DeMars: | trustee's fees | $ 2862.19 | $ 1958.44 |
| | expenses | 38.36 | 26.25 |
| | attorney's fees | 5212.50 | 3566.63 |
| David Liebowitz | special counsel | 3062.50 | 2095.50 |
| Lois West/ Popowcer Katten | accountant's fees | 5091.50 | 3483.84 |
| | accountant's expenses | 22.41 | 15.34 |
| | | $ 16289.46 | $ 11146.00 |

REPORT OF DISTRIBUTION - CONT'D                    PAGE 2 of 2

NOTE:    AWARDED FEES ARE BEING PAID ON A PRO-RATA BASIS.  IF THERE WERE FUNDS TO DISBURSE IN EXCESS OF ALLOWED FEES (WHICH THERE ARE NOT), LASALLE BANK, IN ADDITION TO ITS SECURED CLAIM, PURSUANT TO AN ORDER ENTERED ON AUGUST 29, 2007 HAS AN ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO SECTION 503(b) OF THE BANKRUPTCY CODE ENTITLED TO "SUPER-PRIORITY" UNDER SECTION 507(b), IN THE AMOUNT OF $1,089,249.89.  ACCORDINGLY, NO OTHER CLAIMS ARE BEING ADDRESSED IN THE DISTRIBUTION REPORT.

    WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.


DATED: November 21, 2007         /s/ Allan J. DeMars
                                     Trustee

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

```
Case No.:          06-01853                    Trustee's Name: Allan J. DeMars
Case Name:         Aaura, Inc.                 Bank Name:      LaSalle Bank
Taxpayer ID#:      36-3245272                  Initial CD #:   CDI
For Period Ending: 12/31/07                    Blanket bond (per case limit): 5,000,000
                                               Separate bond (if applicable):
                                               Money Market #: 8604063266
```

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 10/23/06 | Ref 11 | Jewelers International Showcase, Inc. | refund of prepaid deposit | 1129-000 | 4,252.00 | | 4,252.00 |
| 10/31/06 | Ref 14 | LaSalle Bank | interest on invested funds | 1270-000 | 1.11 | | 4,253.11 |
| 11/6/06 | Ref 11 | VNU, Inc. | refund of prepaid deposit | 1129-000 | 2,540.63 | | 6,793.74 |
| 11/30/06 | Ref 14 | LaSalle Bank | interest on invested funds | 1270-000 | 8.03 | | 6,801.77 |
| 12/4/06 | Ref 5 | Rick Miller | purchase of interest in life insurance policies | 1129-000 | 6,652.00 | | 13,453.77 |
| 12/31/06 | Ref 14 | LaSalle Bank | interest on invested funds | 1270-000 | 15.48 | | 13,469.25 |
| BALANCE CARRIED FORWARD | | | | | | | 13,469.25 |
| 1/31/07 | Ref 14 | LaSalle Bank | interest on invested funds | 1270-000 | 16.47 | | 13,485.72 |
| 2/9/07 | Check 1001 | International Sureties, Ltd. | bond premium | 2300-000 | | 43.90 | 13,441.82 |
| 2/26/07 | Ref 15 | State of Illinois | tax refund forwarded by principal of debtor | 1224-000 | 5,992.92 | | 19,434.74 |
| 2/26/07 | Ref 16 | Jewelers Mutual Insurance Co. | pro rata refund; forwarded by principal | 1229-000 | 946.00 | | 20,380.74 |
| 2/26/07 | Ref 16 | Lubin-Bergman | ERISA bond pro rata refund; forwarded by principal | 1229-000 | 10.00 | | 20,390.74 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 2/26/07 | Ref 16 | Lubin-Bergman | pro rata refund of workman's comp premium; forwarded by principal | 1229-000 | 515.00 | | 20,905.74 |
| 2/28/07 | Ref 14 | LaSalle Bank | interest on invested funds | 1270-000 | 15.18 | | 20,920.92 |
| 3/31/07 | Ref 14 | LaSalle Bank | interest on invested funds | 1270-000 | 25.87 | | 20,946.79 |
| 4/30/07 | Ref 14 | LaSalle Bank | interest on invested funds | 1270-000 | 25.65 | | 20,972.44 |
| 5/31/07 | Ref 14 | LaSalle Bank | interest on invested funds | 1270-000 | 26.54 | | 20,998.98 |
| 6/30/07 | Ref 14 | LaSalle Bank | interest on invested funds | 1270-000 | 25.72 | | 21,024.70 |
| 7/31/07 | Ref 14 | LaSalle Bank | interest on invested funds | 1270-000 | 26.61 | | 21,051.31 |
| 8/31/07 | Ref 14 | LaSalle Bank | interest on invested funds | 1270-000 | 26.64 | | 21,077.95 |
| 9/30/07 | Ref 14 | LaSalle Bank | interest on invested funds | 1270-000 | 25.81 | | 21,103.76 |
| 10/31/07 | Ref 14 | LaSalle Bank | interest on invested funds | 1270-000 | 26.71 | | 21,130.47 |
| 11/19/07 | Ref 14 | LaSalle Bank | interest on invested funds | 1270-000 | 15.53 | | 21,146.00 |
| 11/27/07 | Check 1002 | LaSalle Bank | secured claim | 4210-000 | | 10,000.00 | 11,146.00 |
| 11/27/07 | Check 1003 | Allan J. DeMars | trustee's fees at 68.42461% | 2100-000 | | 1,958.44 | 9,187.56 |
| 11/27/07 | Check 1004 | Allan J. DeMars | reimbursement of expenses 68.42461% | 2200-000 | | 26.25 | 9,161.31 |
| 11/27/07 | Check 1005 | Allan J. DeMars | attorney's fees at 68.42461% | 3110-000 | | 3,566.63 | 5,594.68 |
| 11/27/07 | Check 1006 | David Liebowitz | special counsel's fees at 68.42461% | 3210-000 | | 2,095.50 | 3,499.18 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid to/ Received from** | **Description of Transaction** | **Uniform Transaction Code** | **Deposit $** | **Disbursement $** | **Money Market Balance** |
| 11/27/07 | Check 1007 | Lois West/Popowcer Katten | accountant's fees at 68.42461% | 3410-000 | | 3,483.84 | 15.34 |
| 11/27/07 | Check 1008 | Lois West/Popowcer Katten | reimbursement of expenses at 68.42461% | 3420-000 | | 15.34 | 0.00 |
| | | | | COLUMN TOTALS | 21,189.90 | 21,189.90 | 0.00 |

```
                                    Net
         TOTAL - ALL ACCOUNTS               NET   DEPOSITS     DISBURSEMENTS      BALANCES
    Checking#
    Money Market # 8604063266                    21,189.90       21,189.90          0.00
    Savings #
    CD #CDI
    Net                                          21,189.90       21,189.90          0.00
                                              Excludes account  Excludes payments  Total Funds
                                                 transfers         to debtor        on Hand
```